Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Robert Smith** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 23-1437 |
| | ) |
| **Cherryle Hinthorne, Shawn Thrush,** | ) |
| **Sterling Adams, Ryan Rivera.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that Plaintiff Robert Smith's action against Defendants Cherryle Hinthorne, Shawn Thrush, Sterling Adams and Ryan Rivera is dismissed without prejudice for failure to state a claim.

**Dated: 8/21/2024**

　　　　　　　　　　　　　　　　　　　　　　　s/ Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　　Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court